# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| RICHARD ALGAYER, DIANE ALGAYER |  |  |
|  | : |  |
|  | : |  |
| v. | : |  |
| KEMM FARNEY | : |  |
|  | : | NO. 12-1850 |

## CIVIL JUDGMENT

BEFORE CYNTHIA M. RUFE

AND NOW, this          day of            ,          , it appearing that an Arbitration Award was entered and filed on October 25, 2012, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff Richard Algayer in the amount of $35,000.00 and in favor of plaintiff Diane Algayer in the amount of $5,000.00 against defendant Farney.

ATTEST:                              OR                              BY THE COURT:

By:_____                                                   /s/ Cynthia M. Rufe
Deputy Clerk                                                          CYNTHIA M. RUFE, J.

ARB 16